SIMON HEILBRUNN, Appellant, *v.* GERMAN ALLIANCE INSURANCE COMPANY OF NEW YORK, Respondent.

*Heilbrunn* v. *German Alliance Ins. Co.*, 150 App. Div. 670, appeal dismissed.
(Submitted October 2, 1912; decided October 22, 1912.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial depart-

ment, entered May 31, 1912, which affirmed an order of Special Term overruling a demurrer to the answer and denying a motion for judgment on the pleadings in an action to recover under a mortgagee clause in a policy of fire insurance.

*Jacob R. Schiff* for appellant.

*Leo Levy* for respondent.

Appeal dismissed, with costs, upon the ground that no question for determination has been certified to this court as required by subdivision 2 of section 190 of the Code of Civil Procedure; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.